1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

IN RE RUBBER CHEMICALS LITIGATION ) MDL Docket No. C 04-1648 MJJ
) Individual Case No. C 06-5700 MJJ
_____)
)
THIS DOCUMENT RELATES TO: ) **STIPULATION AND [PROPOSED]**
) **PROTECTIVE ORDER**
*Bridgestone Americas Holding, Inc., et al.* )
*v. Chemtura Corporation, et al.* )
)
)
_____)

**[PROPOSED] ORDER**

Based upon the Stipulation between the Parties, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

The Order Concerning Confidentiality of Documents and Materials, entered in Case No. C 03-1496 MJJ, is binding on the parties in *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, Individual Case No. C 06-5700 MJJ (MDL Docket No. C 04-1648 MJJ).

**SO ORDERED,**

DATED: 11/6/2006      BY: _/s/ Martin J. Jenkins_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA

DC2878735 (Cam No. 101692.001)