1  R. Scott Feldmann, Esq. (CA Bar No. 169230)
   Daniel A. Sasse, Esq. (CA Bar No. 236234)
2  Van-Dzung V. Nguyen, Esq. (CA Bar No. 222832)
   CROWELL & MORING LLP
3  3 Park Plaza, 20th Floor
   Irvine, CA 92614
4  Telephone: (949) 263-8400
   Facsimile: (949) 263-8414
5  Email:    sfeldmann@crowell.com
            dsasse@crowell.com
6            vnguyen@crowell.com

7  Kent A. Gardiner, Esq.
   Alexandre de Gramont, Esq.
8  Rhonda M. Galaz, Esq. (CA Bar No. 228538)
   CROWELL & MORING LLP
9  1001 Pennsylvania Ave., NW
   Washington, DC 20004
10 Telephone: (202) 624-2500
   Facsimile: (202) 628-5116
11 Email:    kgardiner@crowell.com
            adegramont@crowell.com
12            rgalaz@crowell.com

13 Attorneys for Plaintiffs
   Bridgestone Americas Holding, Inc.,
14 Bridgestone Firestone North American Tire, LLC,
   Bandag, Incorporated, and Pirelli Tire, LLC

15

16                UNITED STATES DISTRICT COURT

17  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18 IN RE RUBBER CHEMICALS LITIGATION   )   MDL Docket No. C 04-1648 MJJ
                                       )   Individual Case No. C 06-5700 MJJ
19                                     )
                                       )
20                                     )   **STIPULATION PURSUANT TO**
   THIS DOCUMENT RELATES TO:           )   **CIVIL LOCAL RULE 6-1**
21                                     )
   *Bridgestone Americas Holding, Inc., et al.*  )   AND ORDER
22   *v. Chemtura Corporation, et al.*  )
                                       )
23

24       Pursuant to Civil Local Rule 6-1 of the United States District Court for the Northern

25 District of California, counsel for Plaintiffs Bridgestone Americas Holding, Inc., Bridgestone

26 Firestone North America Tire, LLC, Bandag, Incorporated, and Pirelli Tire, LLC (collectively,

27 "Plaintiffs") and Defendant Peter D. Welch submit this Stipulation;

28 ///

                                    1

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1   WHEREAS, Plaintiffs' action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura*

2   *Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C.

3   § 1407(c), and docketed with this Court on September 19, 2006;

4   WHEREAS, an amended complaint was filed on September 22, 2006; and

5   WHEREAS, Defendant Peter D. Welch, was personally served with this action on

6   November 14, 2007.

7   NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE

8   PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT: pursuant to Civ.

9   L.R. 6-1, the time within which Defendant Peter D. Welch shall answer or otherwise respond to

10   Plaintiffs' Amended Complaint dated September 22, 2006 is extended to and through

11   January 16, 2007. The parties further stipulate that this extension shall in no way waive or

12   impair any right or defense that Defendant Peter D. Welch may assert in response to the

13   Amended Complaint.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

2

1    **IT IS SO STIPULATED.**

2    Dated: December 8, 2006         **CROWELL & MORING LLP**

3

4                              *R. Scott Feldmann*
                             R. Scott Feldmann

5                              Daniel A. Sasse
                             Van-Dzung V. Nguyen

6                              3 Park Plaza, 20th Floor
                             Irvine, CA 92614-8505

7                              Telephone: (949) 263-8400
                             Facsimile: (949) 263-8414

8                              Kent A. Gardiner

9                              Alexandre de Gramont
                             Rhonda M. Galaz

10                            1001 Pennsylvania Ave, NW
                           Washington, DC 20004

11                            Telephone: (202) 624-2500
                           Facsimile: (202) 628-5116

12

13                            Attorneys for Plaintiffs Bridgestone Americas
                           Holding, Inc., Bridgestone Firestone North

14                            American Tire, LLC, Bandag, Incorporated, and
                           Pirelli Tire, LLC

15    Dated: December 12, 2006         **MORVILLO, ABRAMOWITZ, GRAND,**
                           **IASON & SILBERBERG, PC**

16

17

18                            Barry A. Bohrer
                           565 Fifth Avenue

19                            New York, NY 10017
                           Telephone: (212) 880-9550

20                            Facsimile: (212) 856-9494

21                            Attorney for Defendant Peter D. Welch

22

23

24

25

26

27

28    DC2921371 (Cam 101692.0000001)           3

*GRANTED*
*Martin J. Jenkins*
Judge Martin J. Jenkins
12/18/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1**
**MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ**