1   R. Scott Feldmann, Esq. (CA Bar No. 169230)
    Daniel A. Sasse, Esq. (CA Bar No. 236234)
2   Van-Dzung V. Nguyen, Esq. (CA Bar No. 222832)
    CROWELL & MORING LLP
3   3 Park Plaza, 20th Floor
    Irvine, CA  92614
4   Telephone:  (949) 263-8400
    Facsimile:  (949) 263-8414
5   Email:    sfeldmann@crowell.com
              dsasse@crowell.com
6             vnguyen@crowell.com

7   Kent A. Gardiner, Esq.
    Alexandre de Gramont, Esq.
8   Rhonda M. Galaz, Esq. (CA Bar No. 228538)
    CROWELL & MORING LLP
9   1001 Pennsylvania Ave., NW
    Washington, DC 20004
10  Telephone:  (202) 624-2500
    Facsimile:  (202) 628-5116
11  Email:    kgardiner@crowell.com
              adegramont@crowell.com
12            rgalaz@crowell.com

13  Attorneys for Plaintiffs
    Bridgestone Americas Holding, Inc.,
14  Bridgestone Firestone North American Tire, LLC,
    Bandag, Incorporated, and Pirelli Tire, LLC

15

16                     UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18  IN RE RUBBER CHEMICALS LITIGATION    )   MDL Docket No. C 04-1648 MJJ
                                         )   Individual Case No. C 06-5700 MJJ
19                                       )
                                         )
20                                       )   **STIPULATION PURSUANT TO**
    THIS DOCUMENT RELATES TO:            )   **CIVIL LOCAL RULE 6-1**
21                                       )
    *Bridgestone Americas Holding, Inc., et al.*  )   AND ORDER
22  *v. Chemtura Corporation, et al.*    )
                                         )
23

24        Pursuant to Civil Local Rule 6-1 of the United States District Court for the Northern

25  District of California, counsel for Plaintiffs Bridgestone Americas Holding, Inc., Bridgestone

26  Firestone North America Tire, LLC, Bandag, Incorporated, and Pirelli Tire, LLC (collectively,

27  "Plaintiffs") and Defendant Michael J. Duchesne submit this Stipulation;

28  ///

                                            1
    ───────────────────────────────────────────────────────────────
            STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1
        MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1       WHEREAS, Plaintiffs' action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura*

2  *Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C.

3  § 1407(c), and docketed with this Court on September 19, 2006;

4       WHEREAS, an amended complaint was filed on September 22, 2006; and

5       WHEREAS, Defendant Micheal J. Duchesne, by and through his attorney, was served

6  with this action on November 27, 2007.

7       NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE

8  PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT: pursuant to Civ.

9  L.R. 6-1, the time within which Defendant Micheal J. Duchesene shall answer or otherwise

10  respond to Plaintiffs' Amended Complaint dated September 22, 2006 is extended to and through

11  January 16, 2007. The parties further stipulate that this extension shall in no way waive or

12  impair any right or defense that Defendant Micheal J. Duchesne may assert in response to the

13  Amended Complaint.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

2

IT IS SO STIPULATED.

Dated: December 8, 2006

CROWELL & MORING LLP

*R. Scott Feldmann*

R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Kent A. Gardiner
Alexandre de Gramont
Rhonda M. Galaz
1001 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiffs Bridgestone Americas Holding, Inc., Bridgestone Firestone North American Tire, LLC, Bandag, Incorporated, and Pirelli Tire, LLC

Dated: December 14, 2006

ROPES & GRAY LLP

Jason Brown (admitted pro hac vice)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 841-0478
Facsimile: (212) 841-5725

Attorney for Defendant Michael J. Duchesne



UNITED STATES DISTRICT COURT
IT IS SO ORDERED
*Martin J. Jenkins*
Judge Martin J. Jenkins
12/18/2006
NORTHERN DISTRICT OF CALIFORNIA

DC2919730 (Cam 101692.0000001)

3

STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1
MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400