1  R. Scott Feldmann, Esq. (CA Bar No. 169230)
   Daniel A. Sasse, Esq. (CA Bar No. 236234)
2  Van-Dzung V. Nguyen, Esq. (CA Bar No. 222832)
   CROWELL & MORING LLP
3  3 Park Plaza, 20th Floor
   Irvine, CA 92614
4  Telephone: (949) 263-8400
   Facsimile: (949) 263-8414
5  Email:    sfeldmann@crowell.com
             dsasse@crowell.com
6             vnguyen@crowell.com

7  Kent A. Gardiner, Esq.
   Alexandre de Gramont, Esq.
8  Rhonda M. Galaz, Esq. (CA Bar No. 228538)
   CROWELL & MORING LLP
9  1001 Pennsylvania Ave., NW
   Washington, DC 20004
10 Telephone: (202) 624-2500
   Facsimile: (202) 628-5116
11 Email:    kgardiner@crowell.com
             adegramont@crowell.com
12            rgalaz@crowell.com

13 Attorneys for Plaintiffs
   Bridgestone Americas Holding, Inc.,
14 Bridgestone Firestone North American Tire, LLC,
   Bandag, Incorporated, and Pirelli Tire, LLC

15

16                  UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18 IN RE RUBBER CHEMICALS LITIGATION    )  MDL Docket No. C 04-1648 MJJ
                                        )  Individual Case No. C 06-5700 MJJ
19                                      )
                                        )
20                                      )  **STIPULATION PURSUANT TO**
   THIS DOCUMENT RELATES TO:            )  **CIVIL LOCAL RULE 6-1**
21                                      )
   *Bridgestone Americas Holding, Inc., et al.* )  **AND ORDER**
22  *v. Chemtura Corporation, et al.*   )
                                        )
23

24       Pursuant to Civil Local Rule 6-1 of the United States District Court for the Northern

25 District of California, counsel for Plaintiffs Bridgestone Americas Holding, Inc., Bridgestone

26 Firestone North America Tire, LLC, Bandag, Incorporated, and Pirelli Tire, LLC (collectively,

27 "Plaintiffs") and Defendant Joseph B. Eisenberg submit this Stipulation;

28 ///

---
                                        1
                STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1
        MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

1    WHEREAS, Plaintiffs' action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura*

2  *Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C.

3  § 1407(c), and docketed with this Court on September 19, 2006;

4    WHEREAS, an amended complaint was filed on September 22, 2006; and

5    WHEREAS, Defendant Joseph B. Eisenberg, by and through his attorney, was served

6  with this action on December 8, 2006.

7    NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE

8  PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT: pursuant to Civ.

9  L.R. 6-1, the time within which Defendant Joseph B. Eisenberg shall answer or otherwise

10 respond to Plaintiffs' Amended Complaint dated September 22, 2006 is extended to and through

11 January 16, 2007.  The parties further stipulate that this extension shall in no way waive or

12 impair any right or defense that Defendant Joseph B. Eisenberg may assert in response to the

13 Amended Complaint.

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1**
**MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ**

crowell☘moring

3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1    **IT IS SO STIPULATED.**

2    Dated: December *13*, 2006                    **CROWELL & MORING LLP**

3

4                                                  R. Scott Feldmann
                                                   Daniel A. Sasse
5                                                  Van-Dzung V. Nguyen
                                                   3 Park Plaza, 20th Floor
6                                                  Irvine, CA 92614-8505
                                                   Telephone: (949) 263-8400
7                                                  Facsimile: (949) 263-8414

8                                                  Kent A. Gardiner
                                                   Alexandre de Gramont
9                                                  Rhonda M. Galaz
                                                   1001 Pennsylvania Ave, NW
10                                                 Washington, DC 20004
                                                   Telephone: (202) 624-2500
11                                                 Facsimile: (202) 628-5116

12                                                 Attorneys for Plaintiffs Bridgestone Americas
                                                   Holding, Inc., Bridgestone Firestone North
13                                                 American Tire, LLC, Bandag, Incorporated, and
                                                   Pirelli Tire, LLC
14

15

16   Dated: December *8*, 2006                     **COOLEY GODWARD KRONISH LLP**

17

18                                                 William J. Schwartz
                                                   1114 Avenue of the Americas, 46th Floor
19                                                 New York, NY 10036-7798
                                                   Telephone: (212) 479-6290
20                                                 Facsimile: (212) 479-6275

21                                                 Attorney for Defendant Joseph B. Eisenberg

22

23                                    IT IS SO ORDERED

24                                    *Martin J. Jenkins*

25                                    Judge Martin J. Jenkins

26                                    1/5/2007

27

28   DC2917665 (Cam 101692.0000001)                        3

---
**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1**
**MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ**

*crowell moring*
*3 Park Plaza, 20th Floor*
*Irvine, CA 92614-8505*
*949 263-8400*