R. Scott Feldmann (CA Bar No. 169230)
Daniel A. Sasse (CA Bar No. 236234)
Van-Dzung V. Nguyen (CA Bar No. 222832)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
Email: sfeldmann@crowell.com
dsasse@crowell.com
vnguyen@crowell.com

Kent A. Gardiner
Alexandre de Gramont
Rhonda M. Galaz (CA Bar No. 228538)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: kgardiner@crowell.com
adegramont@crowell.com
rgalaz@crowell.com

Attorneys for Plaintiffs
Bridgestone Americas Holding, Inc.,
Bridgestone Firestone North American Tire, LLC,
Bandag, Incorporated, and Pirelli Tire, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS LITIGATION | MDL Docket No. C 04-1648 MJJ<br>Individual Case No. C 06-5700 MJJ |
| THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al.*<br>*v. Chemtura Corporation, et al.* | **PLAINTIFFS BRIDGESTONE AMERICAS HOLDING, INC.'S AND BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC'S RULE 41 NOTICE OF DISMISSAL OF DEFENDANTS**<br><br>AND ORDER |

/ / /

/ / /

/ / /

/ / /

1     Plaintiffs Bridgestone Americas Holding, Inc. and Bridgestone Firestone North American Tire, LLC, (collectively, the "Bridgestone Plaintiffs") in accordance with the provisions of Fed. R. Civ. P. 41(a)(1), dismiss Defendants Chemtura Corporation, Uniroyal Chemical Co., Inc., James J. Conway, Joseph B. Eisenberg, Michael J. Duchesne, and Peter D. Welch from this action with prejudice. No adverse party has filed an answer nor has an adverse party filed a motion for summary judgment. There has been no prior dismissal of the above-captioned case in any court. The Bridgestone Plaintiffs and Defendants will bear their own attorneys' fees and costs. This Notice of Dismissal applies to the claims filed by the Bridgestone Plaintiffs only and does not apply to the claims filed against Defendants by Plaintiffs Bandag, Incorporated ("Bandag") or Pirelli Tire, LLC ("Pirelli") in the above-captioned case. The case will continue on all of Bandag's and Pirelli's claims against all Defendants.

Dated: January 5, 2007

CROWELL & MORING LLP

R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Kent A. Gardiner
Alexandre de Gramont
Rhonda M. Galaz
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiffs
Bridgestone Americas Holding, Inc.,
Bridgestone Firestone North American Tire, LLC,
Bandag, Incorporated, and Pirelli Tire, LLC



IT IS SO ORDERED
Judge Martin J. Jenkins
1/9/2007

---

BRIDGESTONE PLAINTIFFS' NOTICE OF RULE 41 DISMISSAL
MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ