Michael F. Tubach (SB #145955)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Ian Simmons (admitted *pro hac vice*)
Benjamin G. Bradshaw (SB #189925)
Matthew R. Cosgrove*
O'MELVENY & MYERS LLP
1625 Eye St. NW
Washington, DC 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Admitted in New York only

Attorneys for Defendants Chemtura
Corporation and Uniroyal Chemical
Company, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc. et al.*<br>v.<br>*Chemtura Corporation et al.* | Master Docket No. C-04-1648 (MJJ)<br>Individual Case No. C-06-5700 (MJJ)<br><br>STIPULATION AND [____]<br>ORDER TO EXTEND DEFENDANTS'<br>REPLY AND RESCHEDULE HEARING<br>DATE ON DEFENDANTS' MOTION TO<br>DISMISS THE AMENDED COMPLAINT<br><br>Date: As Submitted<br>Time: As Submitted<br>Judge: Hon. Martin J. Jenkins |

1  WHEREAS, Plaintiff's Opposition to Defendants' Motion to Dismiss the
2  Amended Complaint was filed on December 28, 2006;
3  WHEREAS, a date was set for a hearing on the aforesaid Motion before the Hon.
4  Martin J. Jenkins on February 13, 2007;
5  WHEREAS, the parties have agreed and herein stipulate that Defendants may have
6  
7  until February 5, 2007 to file their Reply to Plaintiff's Opposition to Defendants' Motion to
8  Dismiss the Amended Complaint, due to several other contemporaneous briefing schedules in
9  other matters;
10  WHEREAS, the stipulated extension for Defendants' Reply requires that the
11  presently scheduled hearing date of February 13, 2007 be rescheduled;
12  WHEREAS, the parties are available for a hearing on March 6, 2007 and
13  
14  understand that the Court is available on that date to hear arguments on the Motion;
15  IT IS HEREBY ORDERED THAT:
16  Defendants shall file their Reply to Plaintiff's Opposition to Defendants' Motion
17  to Dismiss the Amended Complaint on or before February 5, 2007, and the hearing date currently
18  scheduled for February 13, 2007 shall be rescheduled to March, 6, 2007 at 9:30 AM.
19  IT IS SO ORDERED.
20  
21  Dated: __1/22__, 2007        By: _____
22                                    JUDGE MARTIN J. JENKINS
                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' REPLY AND RESCHEDULE HEARING DATE
ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT - MDL DOCKET NO. C-04-1648 (MJJ)
INDIVIDUAL CASE NO. C-06-5700 (MJJ)

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | |

Dated: January 16, 2007    O'MELVENY & MYERS LLP

By: /s/ Ian Simmons
Ian Simmons

Michael F. Tubach (SB #145955)
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Ian Simmons (admitted *pro hac vice*)
Benjamin G. Bradshaw (SB# 189925)
Matthew R. Cosgrove*
O'MELVENY & MYERS LLP
1625 Eye St. NW
Washington, DC 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

* Admitted in New York only

*Attorneys for Defendants Chemtura Corporation and Uniroyal Chemical Company, Inc.*

CROWELL & MORING LLP

/s/ Alexandre de Gramont
R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Kent A. Gardiner
Clifton S. Elgarten
Alexandre de Gramont
Rhonda M. Galaz
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500

STIPULATION AND [░░░░░░░] ORDER TO EXTEND DEFENDANT'S REPLY AND RESCHEDULE HEARING DATE
ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT - MDL DOCKET NO. C-04-1648 (MJJ)
INDIVIDUAL CASE NO. C-06-5700 (MJJ)

Facsimile: (202) 628-5116

Attorneys for Plaintiffs Bandag, Incorporated and Pirelli Tire, LLC

STIPULATION AND ▓▓▓▓▓ ORDER TO EXTEND DEFENDANTS' REPLY AND RESCHEDULE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT - MDL DOCKET NO. C-04-1648 (MJJ)
INDIVIDUAL CASE NO. C-06-5700 (MJJ)

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3344.

On **January 16, 2007**, I served, in the manner indicated below, the following documents described as:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' REPLY AND RESCHEDULE DATE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

on the interested parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list):

☒ **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States mail at San Francisco, California with postage thereon fully prepaid, individually addressed to the parties as indicated on the attached service list. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (C.C.P. §1013 (a)(3))

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this **16th day of January, 2007**, at San Francisco, California.

LORA CHRISTINE VICHICH

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' REPLY AND RESCHEDULE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT - MDL DOCKET NO. C-04-1648 (MJJ)
INDIVIDUAL CASE NO. C-06-5700 (MJJ)

## SERVICE LIST

R. Scott Feldmann, Esq.
Daniel A. Sasse, Esq.
Van-Dzung V. Nguyen, Esq.
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Kent A. Gardiner, Esq.
Clifton S. Elgarten, Esq.
Alexandre de Gramont, Esq.
Rhonda M. Galaz, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiffs
Bandag, Incorporated and Pirelli Tire, LLC

STIPULATION AND [░░░░░░] ORDER TO EXTEND DEFENDANTS' REPLY AND RESCHEDULE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT - MDL DOCKET NO. C-04-1648 (MJJ)
INDIVIDUAL CASE NO. C-06-5700 (MJJ)