1    R. Scott Feldmann, Esq. (CA Bar No. 169230)
     Daniel A. Sasse, Esq. (CA Bar No. 236234)
2    Van-Dzung V. Nguyen, Esq. (CA Bar No. 222832)
     CROWELL & MORING LLP
3    3 Park Plaza, 20th Floor
     Irvine, CA 92614
4    Telephone: (949) 263-8400
     Facsimile: (949) 263-8414
5    Email:     sfeldmann@crowell.com
            dsasse@crowell.com
6             vnguyen@crowell.com

7    Kent A. Gardiner, Esq.
     Alexandre de Gramont, Esq.
8    Rhonda M. Galaz. (CA Bar No. 228538)
     CROWELL & MORING LLP
9    1001 Pennsylvania Avenue, NW
     Washington, DC 20004
10   Telephone: (202) 624-2500
     Facsimile: (202) 628-5116
11   Email:     kgardiner@crowell.com
            adegramont@crowell.com
12             rgalaz@crowell.com

13   Attorneys for Plaintiffs
     Bridgestone Americas Holding, Inc.,
14   Bridgestone Firestone North American Tire, LLC,
     Bandag, Incorporated, and Pirelli Tire, LLC

15

16                **UNITED STATES DISTRICT COURT**

17      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

18   IN RE RUBBER CHEMICALS LITIGATION    )   MDL Docket No. C 04-1648 MJJ
                                          )   Individual Case No. C 06-5700 MJJ
19                                            )
     THIS DOCUMENT RELATES TO:         )   **STIPULATION TO ENLARGE TIME**
20                                            )   **FOR RESPONDING TO AMENDED**
     *Bridgestone Americas Holding, Inc., et al.*   )   **COMPLAINT PURSUANT TO**
21   *v. Chemtura Corporation, et al.*           )   **CIVIL LOCAL RULE 6-2 AND**
                                           )   ██████ **ORDER**
22                                            )

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1    Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern

2   District of California, counsel for Plaintiffs Bandag, Incorporated and Pirelli Tire, LLC

3   (collectively, "Plaintiffs") and Defendant James J. Conway ("Defendant") submit this Stipulation

4   and [Proposed] Order;

5    WHEREAS, Plaintiffs' action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura*

6   *Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C.

7   § 1407(c), and docketed with this Court on September 19, 2006;

8    WHEREAS, an amended complaint was filed on September 22, 2006;

9    WHEREAS, Defendant James J. Conway, by and through his attorney, was served with

10   this action on December 19, 2006;

11    WHEREAS, the parties have agreed to an extension of time for the filing of Defendant's

12   answer or response;

13    NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE

14   PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT: the time within

15   which Defendant James J. Conway shall answer or otherwise respond to Plaintiffs' Amended

16   Complaint dated September 22, 2006 is extended to January 30, 2007. The Parties further

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

STIPULATION AND ████████ ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1  stipulate that this extension shall in no way waive or impair any right or defense that Defendant

2  James J. Conway may assert in response to the Amended Complaint.

3

4      **IT IS SO STIPULATED.**

5  Dated: January 18, 2007            **CROWELL & MORING LLP**

6

7                          *R. Scott Feldmann*
                        R. Scott Feldmann

8                          Daniel A. Sasse
                        Van-Dzung V. Nguyen

9                          3 Park Plaza, 20th Floor
                        Irvine, CA 92614-8505

10                         Telephone: (949) 263-8400
                        Facsimile: (949) 263-8414

11                         Kent A. Gardiner
                        Alexandre de Gramont

12                         Rhonda M. Galaz
                        1001 Pennsylvania Avenue, NW

13                         Washington, DC 20004
                        Telephone: (202) 624-2500

14                         Facsimile: (202) 628-5116

15                         Attorneys for Plaintiffs Bridgestone Americas Holding,

16                         Inc., Bridgestone Firestone North American Tire, LLC,
                        Bandag, Incorporated, and Pirelli Tire, LLC

17

18 Dated: January 18, 2007            **PILLSBURY WINTHROP SHAW PITTMAN LLP**

19                         *Mark R. Hellerer*

20                         Mark Hellerer

21                         1540 Broadway
                        New York, NY 10036-4039

22                         Telephone: (212) 858-1787
                        Facsimile: (212) 858-1500

23                         Attorney for Defendant James J. Conway

24

25

26

27

28                           2

1 | GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED,

2

3 | DATED: 1/22/2007       BY: _____

HON. MARTIN J. JENKINS

4 | UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF

5 | CALIFORNIA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

DC 2941155 (Cam No. 101692.0000001)

3

STIPULATION AND [     ] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ