R. Scott Feldmann (CA Bar No. 169230)
Daniel A. Sasse (CA Bar No. 236234)
Van-Dzung V. Nguyen (CA Bar No. 222832)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
Email:      sfeldmann@crowell.com
            dsasse@crowell.com
            vnguyen@crowell.com

Kent A. Gardiner
Alexandre de Gramont
Rhonda M. Galaz (CA Bar No. 228538)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email:      kgardiner@crowell.com
            adegramont@crowell.com
            rgalaz@crowell.com

Attorneys for Plaintiffs
Bandag, Incorporated, and Pirelli Tire, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE RUBBER CHEMICALS LITIGATION | MDL Docket No. C 04-1648 MJJ |
|---|---|
| | Individual Case No. C 06-5700 MJJ |
| THIS DOCUMENT RELATES TO: | **STIPULATION TO EXTEND BRIEFING SCHEDULE AND RESET HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2 AND [▬▬▬▬▬] ORDER** |
| *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.* | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

**STIPULATION AND [▬▬▬▬] ORDER**
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, counsel for Plaintiffs Bandag, Incorporated and Pirelli Tire, LLC (collectively, "Plaintiffs") and Defendants Michael J. Duchesne, Joseph B. Eisenberg, and Peter D. Welch (collectively, "Defendants") submit this Stipulation and [Proposed] Order:

WHEREAS, Plaintiffs' action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C. § 1407(c), and docketed with this Court on September 19, 2006;

WHEREAS, an amended complaint was filed on September 22, 2006;

WHEREAS, Defendants each individually filed a motion to dismiss the amended complaint on January 16, 2007;

WHEREAS, under the current schedule, Plaintiffs' opposition briefs to the motions to dismiss are due on February 6, 2007, Defendant's reply briefs are due on February 13, 2007, and the hearings on the motions to dismiss are set for February 27, 2007;

WHEREAS, this extension of time sets the hearings for all the motions to dismiss for the same day;

WHEREAS, the parties have agreed to an extension of time for the filing of the opposition and reply briefs, in addition to a continuance of the hearing on the motion to dismiss.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT:

1. Plaintiffs shall file and serve their opposition briefs (or, at Plaintiffs' option, a single consolidated opposition brief) to the motions to dismiss on or before February 13, 2007.

2. Defendants shall file and serve their reply briefs on or before February 20, 2007.

///
///
///
///

1

STIPULATION AND ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

3. The hearing on the motions to dismiss shall be continued to March 6, 2007 at 9:30 AM before the Honorable Martin J. Jenkins in courtroom 11 located at the above entitled courthouse.

**IT IS SO STIPULATED.**

Dated: January 24, 2007     **CROWELL & MORING LLP**

*/s/ R. Scott Feldmann*
R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Kent A. Gardiner
Alexandre de Gramont
Rhonda M. Galaz
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Bandag, Incorporated, and Pirelli Tire, LLC

Dated: January __, 2007     **ROPES & GRAY LLP**

*/s/*
Jason Brown (admitted *pro hac vice*)
Rachel Nash (admitted *pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 841-5700
Facsimile: (212) 841-5725

Attorneys for Defendant Michael J. Duchesne

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

2
STIPULATION AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

ADDITIONAL SIGNATURE PAGE TO
STIPULATION TO EXTEND BRIEFING SCHEDULE AND RESET HEARING ON
DATE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT
PURSUANT TO CIVIL LOCAL RULE 6-2 AND [PROPOSED] ORDER

Dated: January 24, 2007

COOLEY GODWARD KRONISH LLP

_____
William J. Schwartz (admitted *pro hac vice*)
Jason M. Koral (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 856-9600
Facsimile: (212) 856-9494

Attorneys for Defendant Joseph B. Eisenberg

Dated: January __, 2007

**MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.**

_____
Barry A. Bohrer (admitted *pro hac vice*)
E. Scott Schirick (admitted *pro hac vice*)
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494

Attorneys for Defendant Peter D. Welch

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

3
STIPULATION AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

ADDITIONAL SIGNATURE PAGE TO
STIPULATION TO EXTEND BRIEFING SCHEDULE AND RESET HEARING ON
DATE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT
PURSUANT TO CIVIL LOCAL RULE 6-2 AND [PROPOSED] ORDER

Dated: January __, 2007             COOLEY GODWARD KRONISH LLP


                                    William J. Schwartz (admitted *pro hac vice*)
                                    Jason M. Koral (admitted *pro hac vice*)
                                    1114 Avenue of the Americas
                                    New York, NY 10036-7798
                                    Telephone: (212) 856-9600
                                    Facsimile:  (212) 856-9494

                                    Attorneys for Defendant Joseph B. Eisenberg

Dated: January 25, 2007             MORVILLO, ABRAMOWITZ, GRAND, IASON,
                                    ANELLO & BOHRER, P.C.


                                    Barry A. Bohrer (admitted *pro hac vice*)
                                    E. Scott Schirick (admitted *pro hac vice*)
                                    565 Fifth Avenue
                                    New York, NY 10017
                                    Telephone: (212) 856-9600
                                    Facsimile:  (212) 856-9494

                                    Attorneys for Defendant Peter D. Welch

3
STIPULATION AND [          ] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

**GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED THAT:**

Plaintiffs shall file and serve their opposition briefs (or, at Plaintiffs' option, a single consolidated opposition brief) to the motions to dismiss on February 13, 2007; Defendants shall file and serve their reply briefs on or before February 20, 2007; and the hearing date currently scheduled for February 27, 2007 shall be rescheduled to March 6, 2007 at 9:30 AM.

**IT IS SO ORDERED.**

DATED: 2/5/2007        BY: _____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA

DC 2945030 (Cam No. 101692.0000001)

4

STIPULATION AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ