E-Filing

1  COOLEY GODWARD KRONISH LLP
   MARTIN S. SCHENKER (109828)
2  (mschenker@cooley.com)
   101 California Street, 5th Floor
3  San Francisco, CA 94111-5800
   Telephone: (415) 693-2000
4  Facsimile: (415) 693-2222

5  COOLEY GODWARD KRONISH LLP
   WILLIAM J. SCHWARTZ (admitted *pro hac vice*)
6  (wschartz@cooley.com)
   JASON M. KORAL (admitted *pro hac vice*)
7  (jkoral@cooley.com)
   1114 Avenue of the Americas
8  New York, NY 10036-7798
   Telephone: (212) 479-6000
9  Facsimile: (212) 479-6275

10 Attorneys for Defendant
   JOSEPH B. EISENBERG

11             UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

| IN RE RUBBER CHEMICALS LITIGATION | MDL Document No. C 04-1648 (MJJ) |
|---|---|
| THIS DOCUMENT RELATES TO: | Case No. C 06-5700 (MJJ) |
| BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BANDAG INCORPORATED, and PIRELLI TIRE, LLC | STIPULATION TO EXTEND BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL RULE 6-2 AND [PROPOSED] ORDER |
| Plaintiffs, | |
| v. | |
| CHEMTURA CORPORATION, UNIROYAL CHEMCIAL COMPANY, INC., JAMES J. CONWAY, JOSEPH B. EISENBERG, MICHAEL J. DUCHESNE and PETER D. WELCH | |
| Defendants. | |

25   Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern

26 District of California, counsel for Plaintiffs Bandag, Incorporated and Pirelli Tire, LLC

27 (collectively, "Plaintiffs") and counsel for Defendants Michael J. Duchesne, Joseph B.

28

STIPULATION AND [PROPOSED] ORDER
MASTER DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700

Eisenberg, and Peter D. Welch, and James J. Conway (collectively, "Defendants") submit this Stipulation and [Proposed] Order:

WHEREAS, Plaintiff's action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C. § 1407(c) and docketed with this Court on September 19, 2006;

WHEREAS, an amended complaint was filed on September 22, 2006;

WHEREAS, Defendants each individually filed a motion to dismiss the complaint on January 16, 2007;

WHEREAS, pursuant to the Stipulation and Order dated January 24, 2007 and ordered February 5, 2007, the hearing on the motions to dismiss was continued to March 6, 2007 and Defendants were accordingly required file and serve their reply briefs on or before February 20, 2007;

WHEREAS, pursuant to Notice by the Clerk of this Court, the motions to dismiss were reset to April 18, 2007;

WHEREAS, the parties have agreed to an extension of time for the filing on the reply briefs to take into account the intervening federal holiday and the resetting of the hearing on the motions to dismiss;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND THROUGH COUNSEL OF RECORD, THAT:

Defendants shall file and serve their reply briefs on or before March 13, 2007.

**IT IS SO STIPULATED.**

Dated: February 20, 2007                      **CROWELL & MORING LLP**

*R. Scott Feldmann*
R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

2

```
                            Kent A. Gardiner
                            Alexandre de Gramont
                            Rhonda M. Galaz
                            1001 Pennsylvania Avenue, NW
                            Washington, DC  20004
                            Telephone:  (202) 624-2500
                            Facsimile:  (202) 628-5116

                            Attorneys for Bandag, Incorporated and Pirelli Tire,
                            LLC
```

Dated: February 20, 2007         ROPES & GRAY LLP

                                 _____
                                 Jason Brown (admitted *pro hac vice*)
                                 Rachel Nash (admitted *pro hac vice*)
                                 1211 Avenue of the Americas
                                 New York, NY 10036-8704
                                 Telephone:  (212) 596-9000
                                 Facsimile:  (212) 596-9090

                                 Attorneys for Defendant Michael J. Duchesne

Dated: February 20, 2007         COOLEY GODWARD KRONISH LLP

                                 _____
                                 William J. Schwartz (admitted *pro hac vice*)
                                 Jason M. Koral (admitted *pro hac vice*)
                                 1114 Avenue of the Americas
                                 New York, NY 10036-7798
                                 Telephone:  (212) 856-9600
                                 Facsimile:  (212) 856-9494

                                 Attorneys for Defendant Joseph B. Eisenberg

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

ADDITIONAL SIGNATURE PAGE TO
STIPULATION TO EXTEND BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL
RULE 6-2 AND [PROPOSED] ORDER

Dated: February 28, 2007

MORVILLO, ABRAMOWITZ, GRAND, IASON,
ANELLO & BOHRER, P.C.

_____
Barry A. Bohrer (admitted *pro hac vice*)
E. Scott Schirick (admitted *pro hac vice*)
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494

Attorneys for Defendant Peter D. Welch

Dated: February ___, 2007

**PILLSBURY WINTHROP SHAW & PITTMAN LLP**

_____
Mark R. Hellerer (admitted *pro hac vice*)
Ranah L. Esmiali
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Attorneys for Defendant James J. Conway

**GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED THAT:**

Defendants shall file and serve their reply briefs to the motions to dismiss on or before March 13, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007   BY: _____
                                        Honorable Martin J. Jenkins
                                        United States District Court for the Northern
                                        District of California

ADDITIONAL SIGNATURE PAGE TO
STIPULATION TO EXTEND BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL
RULE 6-2 AND [PROPOSED] ORDER

Dated: February __, 2007  **MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.**

_____
Barry A. Bohrer (admitted *pro hac vice*)
E. Scott Schirick (admitted *pro hac vice*)
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494

Attorneys for Defendant Peter D. Welch

Dated: February 21, 2007  **PILLSBURY WINTHROP SHAW & PITTMAN LLP**

*/s/ Mark R. Hellerer*
_____
Mark R. Hellerer (admitted *pro hac vice*)
Ranah L. Esmaili
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Attorneys for Defendant James J. Conway

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED THAT:

Defendants shall file and serve their reply briefs to the motions to dismiss on or before March 13, 2007.

IT IS SO ORDERED.

Dated: February 26, 2007   BY: _____
Honorable Martin J. Jenkins
United States District Court for the Northern District of California

4
STIPULATION AND [PROPOSED] ORDER
MASTER DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700