C 06-5700-MJJ

1  Michael F. Tubach (SB #145955)
   Steven E. Conigliaro (SB # 232102)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street, 26th Floor
   San Francisco, CA 94111-3344
4  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
5
   Ian Simmons (admitted *pro hac vice*)
6  Benjamin G. Bradshaw (SB #189925)
   O'MELVENY & MYERS LLP
7  1625 Eye St. NW
   Washington, DC 20006
8  Telephone: (202) 383-5300
   Facsimile: (202) 383-5414
9
   Attorneys for Defendants
10 CHEMTURA CORPORATION, and
   UNIROYAL CHEMICAL COMPANY, INC.
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-04-1648 (MJJ) |
| | Case No. C 06-5700 (MJJ) |
| THIS DOCUMENT RELATES TO: | (Hearing: May 23, 2007) |
| BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BANDAG INCORPORATED, and PIRELLI TIRE, LLC., | <u>CLASS ACTION</u><br><br>[PROPOSED] **ORDER CALENDARING HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS** |
| Plaintiffs, | |
| v. | |
| CHEMTURA CORPORATION, UNIROYAL CHEMICAL COMPANY, INC., JAMES J. CONWAY, JOSEPH B. EISENBERG, MICHAEL J. DUCHESNE and PETER D. WELCH, | |
| Defendants. | |

[PROPOSED] ORDER CALENDARING HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS--MASTER DOCKET NO. C-04-1648 (MJJ)

1  With respect to the motions previously set for argument on April 18, 2007, the parties
2  have met and conferred for an alternative date and have also conferred with the Court. The Court
3  suggested Wednesday May 23, 2007, a date that is acceptable to counsel. Accordingly,
4      IT IS HEREBY ORDERED THAT:
5      The motions previously set for April 18, 2007, shall be heard on Wednesday, May 23,
6  2007, at 2:30 p.m.
7      IT IS SO ORDERED.

Dated: __3/21__, 2007     By:_____
                                              HON. MARTIN J. JENKINS
                                              UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER CALENDARING HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS--MASTER DOCKET NO. C-04-1648 (MJJ)