R. Scott Feldmann (CA Bar No. 169230)
Daniel A. Sasse (CA Bar No. 236234)
Van-Dzung V. Nguyen (CA Bar No. 222832)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:  (949) 263-8400
Facsimile:   (949) 263-8414
Email:        sfeldmann@crowell.com
                   dsasse@crowell.com
                   vnguyen@crowell.com

Kent A. Gardiner
Clifton S. Elgarten
Alexandre de Gramont
Rhonda M. Galaz (CA Bar No. 228538)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:        kgardiner@crowell.com
                   adegramont@crowell.com
                   rgalaz@crowell.com

Attorneys for Plaintiff Bandag, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MJJ<br>Individual Case No. C 06-5700 MJJ |
| THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al.<br>v. Chemtura Corporation, et al.* | **STIPULATION REGARDING DISMISSAL OF TENNESSEE STATE LAW CLAIM AND [PROPOSED] ORDER** |

WHEREAS, the individual action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C. § 1407(c) and docketed with this Court on September 19, 2006;

WHEREAS, no adverse party has filed an answer nor has any party filed a motion for

1

STIPULATION REGARDING DISMISSAL OF TENNESSEE STATE LAW CLAIM AND [PROPOSED] ORDER
MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

1  summary judgment in this action;

2  WHEREAS, Bridgestone Americas Holding, Inc., Bridgestone Firestone North American
3  Tire, LLC, and Pirelli Tire, LLC have voluntarily dismissed their action against Defendants
4  pursuant to Rule 41(a)(1);

5  WHEREAS, the remaining Plaintiff, Bandag, Incorporated ("Bandag"), does not intend
6  on asserting Tennessee state antitrust law claims against Defendants; and

7  WHEREAS, as a result of this Stipulation, the parties hereby withdraw all arguments
8  solely addressing Tennessee state antitrust law claims in the pending motions to dismiss,
9  oppositions, and replies thereto, the hearing on which is currently scheduled for May 23, 2007, at
10 2:30 p.m., before Honorable Martin J. Jenkins.

11 NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE
12 PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT:

13 1.   The Second Cause of Action in the Amended Complaint, for violations of
14 Tennessee state antitrust law by Defendants, is dismissed with prejudice.

15 2.   All arguments solely addressing Tennessee state antitrust law claims in the
16 pending motions to dismiss, oppositions, and replies thereto, the hearing on which is currently
17 scheduled for May 23, 2007, at 2:30 p.m., are withdrawn and need not be considered by the
18 Court.

19 3.   All parties will bear their own attorneys' fees and costs.

20 4.   This stipulation and dismissal is without prejudice to the remaining claims filed
21 against Defendants by Bandag in the above-captioned case.  The case will continue on all of
22 Bandag's remaining claims against all Defendants.

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1      **IT IS SO STIPULATED.**

2   Dated: March __, 2007         **CROWELL & MORING LLP**

3

4                                  R. Scott Feldmann
                                 Daniel A. Sasse

5                                  Van-Dzung V. Nguyen
                                 3 Park Plaza, 20th Floor

6                                  Irvine, CA 92614-8505
                                 Telephone:    (949) 263-8400

7                                  Facsimile:    (949) 263-8414

8

9                                  Kent A. Gardiner
                                 Clifton S. Elgarten

10                                 Alexandre de Gramont
                                Rhonda M. Galaz

11                                 1001 Pennsylvania Avenue, NW
                                Washington, DC 20004

12                                 Telephone:    (202) 624-2500
                                Facsimile:    (202) 628-5116

13

                                Attorneys for Bandag, Incorporated

14

15   Dated: March __, 2007         **O'MELVENY & MYERS LLP**

16

17                                 Ian T. Simmons
                                Matthew R. Cosgrove

18                                 Benjamin G. Bradshaw
                                Nilam A. Sanghvi

19                                 Angela Thaler Wilks
                                1625 Eye Street, NW

20                                 Washington, DC 20006-4001
                                Telephone:    (202) 383-5300

21                                 Facsimile:    (202) 383-5414

22                                 Attorneys for Defendants Chemtura
                                Corporation(formerly known as Crompton Corporation)

23                                 and Uniroyal Chemical Company, Inc.

24

25                  SIGNATURES CONTINUED ON FOLLOWING PAGE

26

27

28

ADDITIONAL SIGNATURE PAGE TO
STIPULATION REGARDING DISMISSAL OF TENNESSEE STATE LAW CLAIM AND [PROPOSED] ORDER

Dated: March __, 2007            **ROPES & GRAY LLP**

_____
Jason Brown (admitted *pro hac vice*)
Rachel Nash (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:     (212) 596-9000
Facsimile:      (212) 596-9090

Attorneys for Defendant Michael J. Duchesne

Dated: March __, 2007            **COOLEY GODWARD KRONISH LLP**

_____
William J. Schwartz (admitted *pro hac vice*)
Jason M. Koral (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY  10036-7798
Telephone:     (212) 856-9600
Facsimile:      (212) 856-9494

Attorneys for Defendant Joseph B. Eisenberg

Dated: March __, 2007            **MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.**

_____
Barry A. Bohrer (admitted *pro hac vice*)
E. Scott Schirick (admitted *pro hac vice*)
565 Fifth Avenue
New York, NY  10017
Telephone:     (212) 856-9600
Facsimile:      (212) 856-9494

Attorneys for Defendant Peter D. Welch

SIGNATURES CONTINUED ON FOLLOWING PAGE

1  Dated:  February __, 2007  **PILLSBURY WINTHROP SHAW & PITTMAN LLP**

2

3  _____
   Mark R. Hellerer (admitted *pro hac vice*)
   Ranah L. Esmiali
4  1540 Broadway
   New York, New York  10036
5  Telephone:         (212) 858-1000
   Facsimile:          (212) 858-1500
6
   Attorneys for Defendant James J. Conway
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      **GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED THAT**:

2      1.      The Second Cause of Action in the Amended Complaint, for violations of
3      Tennessee state antitrust law by Defendants, is dismissed with prejudice.

4      2.      All arguments solely addressing Tennessee state antitrust law claims in the
5      pending motions to dismiss, oppositions, and replies thereto, the hearing on which is currently
6      scheduled for May 23, 2007, at 2:30 p.m., are withdrawn and will not be considered by the
7      Court.

8      3.      All parties will bear their own attorneys' fees and costs.

9      4.      This stipulation and dismissal is without prejudice to the remaining claims filed
10     against Defendants by Bandag in the above-captioned case.  The case will continue on all of
11     Bandag's remaining claims against all Defendants.

12     **IT IS SO ORDERED**.

14     Dated: _____4/18/07_____, 2007        BY:_____/s/ Martin J. Jenkins_____

15                                                  HONORABLE MARTIN J. JENKINS
16                                                  UNITED STATES DISTRICT COURT
                                                    FOR THE NORTHERN DISTRICT OF
17                                                  CALIFORNIA