1  R. Scott Feldmann (CA Bar No. 169230)
   Daniel A. Sasse (CA Bar No. 236234)
2  Van-Dzung V. Nguyen (CA Bar No. 222832)
   CROWELL & MORING LLP
3  3 Park Plaza, 20th Floor
   Irvine, CA  92614-8505
4  Telephone: (949) 263-8400
   Facsimile:  (949) 263-8414
5  Email:     sfeldmann@crowell.com
              dsasse@crowell.com
6             vnguyen@crowell.com

7  Kent A. Gardiner
   Alexandre de Gramont
8  CROWELL & MORING LLP
   1001 Pennsylvania Ave., NW
9  Washington, DC 20004
   Telephone: (202) 624-2500
10 Facsimile:  (202) 628-5116
   Email:     kgardiner@crowell.com
11            adegramont@crowell.com
              rgalaz@crowell.com
12
   Attorneys for Plaintiff Bandag, Incorporated
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MJJ<br>Individual Case No. C 06-5700 MJJ |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL AND [PROPOSED] ORDER** |
| *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.* | |

TO THE COURT CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

Please withdraw the appearance of Rhonda M. Galaz as counsel on behalf of plaintiff Bandag, Incorporated in the above-referenced matters. Effective June 1, 2007, Ms. Galaz will no longer be associated with the law firm of Crowell & Moring LLP and will therefore cease being a counsel of record for Bandag, Incorporated. Other attorneys at Crowell & Moring LLP have

1 previously filed appearances in these matters on behalf of Bandag, Incorporated and will
2 continue to act as counsel on its behalf.

3 Dated:  May 31, 2007                             **CROWELL & MORING LLP**

  /S/   Van-Dzung V. Nguyen
  _____
  R. Scott Feldmann
  Daniel A. Sasse
  Van-Dzung V. Nguyen
  3 Park Plaza, 20th Floor
  Irvine, CA  92614-8505
  Telephone:     (949) 263-8400
  Facsimile:     (949) 263-8414

  Kent A. Gardiner
  Clifton S. Elgarten
  Alexandre de Gramont
  1001 Pennsylvania Avenue, NW
  Washington, DC  20004
  Telephone:     (202) 624-2500
  Facsimile:     (202) 628-5116

  Attorneys for Bandag, Incorporated

**[~~PROPOSED~~] ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____6/6_____, 2007     BY: _____/s/ Martin J. Jenkins_____

                                          HONORABLE MARTIN J. JENKINS
                                          UNITED STATES DISTRICT COURT
                                          FOR THE NORTHERN DISTRICT OF
                                          CALIFORNIA