| | |
|---|---|
| 1 | Mark D. Rowland (CSB #157862) |
|   |   mark.rowland@ropesgray.com |
| 2 | **ROPES & GRAY LLP** |
|   | 525 University Avenue |
| 3 | Palo Alto, California 94301 |
|   | Tel.:  (650) 617-4000 |
| 4 | Fax.: (650) 617-4090 |
| 5 | Jason Brown (*admitted pro hac vice*) |
|   |   jabrown@ropesgray.com |
| 6 | Rachel Nash (*admitted pro hac vice*) |
|   |   rachel.nash@ropesgray.com |
| 7 | **ROPES & GRAY LLP** |
|   | 45 Rockefeller Plaza |
| 8 | New York, New York, 10111 |
|   | Tel.: (212) 841-5700 |
| 9 | Fax.: (212) 841-5725 |
| 10 | Attorneys for Defendant |
|    | Michael J. Duchesne |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-04-1648 (MJJ) |
| | Case No. C 06-5700 (MJJ) |
| THIS DOCUMENT RELATES TO: | **NOTICE AND ~~(PROPOSED)~~ ORDER FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT MICHAEL J. DUCHESNE** |
| BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BANDAG INCORPORATED, AND PIRELLI TIRE, LLC, | |
| Plaintiffs, | Judge: Hon. Martin J. Jenkins |
| | Dept.: Courtroom 11, 19th floor |
| v. | |
| CHEMTURA CORPORATION, UNIROYAL CHEMICAL COMPANY, INC., JAMES J. CONWAY, JOSEPH B. EISENBERG, MICHAEL J. DUCHESNE, AND PETER D. WELCH, | |
| Defendants. | |

TO THE COURT CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

|    |                                                                                                                                                                                                                                                                    |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | For Defendant Michael J. Duchesne, please (1) substitute Mark D. Rowland of                                                                                                                                                                                        |
| 2  | Ropes & Gray LLP, 525 University Avenue, Suite 300, Palo Alto, CA 94301-1917, Telephone:                                                                                                                                                                            |
| 3  | 650-617-4000, Facsimile: 650-617-4090, as local counsel instead of and in place of James T.                                                                                                                                                                        |
| 4  | Canfield of Ropes & Gray LLP, 525 University Avenue, Suite 300, Palo Alto, CA 94301-1917,                                                                                                                                                                           |
| 5  | Telephone: 650-617-4000, Facsimile: 650-617-4090 and (2) withdraw the appearance of                                                                                                                                                                                 |
| 6  | James T. Canfield as a counsel on behalf of Defendant Michael J. Duchesne.                                                                                                                                                                                          |

The reason for the substitution and withdrawal is that, effective June 29, 2007, Mr. Canfield will be leaving the law firm of Ropes & Gray LLP, which is Defendant Michael J. Duchesne's counsel. Mr. Duchesne is represented by other Ropes & Gray LLP attorneys who have been admitted *Pro Hac Vice*.

Respectfully submitted,

Dated: June 26, 2007                By    /s/ Mark D. Rowland

Mark D. Rowland (CSB #157862)
ROPES & GRAY LLP
*New Attorney for Defendant*
525 University Avenue, Suite 300
Palo Alto, CA 94301-1917
Telephone: 650-617-4000
Facsimile: 650-617-4090

**SO ORDERED:**

Dated: June 29, 2007

Honorable Martin J. Jenkins
United States District Judge

**NOTICE AND (PROPOSED) ORDER FOR SUBSTITUTION OF ATTORNEY**
**FOR DEFENDANT MICHAEL J. DUCHESNE**
Master Docket No. C-04-1648 (MJJ), Case No. C 06-5700 (MJJ)

2

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE AND (PROPOSED) ORDER FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT** was served on June ___, 2007 was served on all counsel of record pursuant to the Court's Order Regarding Electronic Service and on counsel of record by first-call mail, postage pre-paid to:

| | |
|---|---|
| A. Scott Ross<br>Aubrey B. Harwell<br>**Neal & Harwell**<br>150 Fourth Avenue North<br>2000 First Union Tower<br>Nashville, TN 37219-2498 | Attorneys for plaintiffs<br>Bridgestone Americas Holding Inc,<br>Bridgestone Firestone North American Tire LLC, Bandag Incorporated, and Pirelli Tire LLC |
| Alexandre De Gramont<br>Kent A. Gardiner<br>Rhonda M. Galaz<br>**Crowell & Moring**<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2595 | Attorneys for plaintiffs<br>Bridgestone Americas Holding Inc,<br>Bridgestone Firestone North American Tire LLC, Bandag Incorporated, and Pirelli Tire LLC |
| Daniel Allen Sasse<br>Roger Scott Feldmann<br>Van-Dzung Vu Nguyen<br>**Crowell & Moring LLP**<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614 | Attorneys for plaintiffs<br>Bridgestone Americas Holding Inc,<br>Bridgestone Firestone North American Tire LLC, Bandag Incorporated, and Pirelli Tire LLC |
| Angela Thaler Wilks<br>Benjamin G. Bradshaw<br>Ian T Simmons<br>Matthew R. Cosgrove<br>Nilam A. Sanghvi<br>**O'Melveny & Myers LLP**<br>1625 I Street, NW<br>Washington, DC 20006-4001 | Attorneys for defendants<br>Chemtura Corporation, and Uniroyal Chemical Company, Inc. |
| H. Lee Barfield, II<br>R. Dale Grimes<br>**Bass Berry & Sims**<br>315 Deaderick Street, Suite 2700<br>Nashville, TN 37238-0001 | Attorneys for defendants<br>Chemtura Corporation, and Uniroyal Chemical Company, Inc. |

| | |
|---|---|
| Michael F. Tubach<br>**O'Melveny & Myers LLP**<br>275 Battery Street, 26th Floor<br>San Francisco, CA 94111-3344 | Attorneys for defendants<br>Chemtura Corporation, and Uniroyal Chemical Company, Inc. |
| Mark Hellerer<br>**Pillsbury Winthrop LLP**<br>1540 Broadway<br>New York, NY  10036 | Attorneys for defendant<br>James J. Conway |
| Ranah Leila Esmaili<br>**Pillsbury Winthrop Shaw Pittman LLP**<br>50 Fremont<br>P.O. Box 7880<br>San Francisco, CA  94105 | Attorneys for defendant<br>James J. Conway |
| William Schwartz<br>Jason M. Koral<br>**Cooley Godward Kronish LLP**<br>The Grace Building<br>1114 Avenue of the Americas, 46th Floor<br>New York, NY  10036-7798 | Attorneys for defendant<br>Joseph B. Eisenberg |
| Martin S. Schenker<br>**Cooley Godward LLP**<br>One Maritime Plaza, 20th Floor<br>San Francisco, CA  94111 | Attorneys for defendant<br>Joseph B. Eisenberg |
| Barry A. Bohrer<br>E. Scott Schirick<br>**Morvillo, Abramowitz, Grand, Iason<br>  & Silberberg, PC**<br>565 Fifth Avenue<br>New York, NY  10017 | Attorneys for defendant<br>Peter D. Welch |

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2007 in Palo Alto, California.


                                        */s/   Mark D. Rowland*
                                        Mark D. Rowland