1  R. Scott Feldmann (CA Bar No. 169230)
   Daniel A. Sasse (CA Bar No. 236234)
2  Van-Dzung V. Nguyen (CA Bar No. 222832)
   CROWELL & MORING LLP
3  3 Park Plaza, 20th Floor
   Irvine, CA  92614
4  Telephone: (949) 263-8400
   Facsimile:  (949) 263-8414
5  Email:      sfeldmann@crowell.com
               dsasse@crowell.com
6              vnguyen@crowell.com

7  Kent A. Gardiner
   Alexandre de Gramont
8  CROWELL & MORING LLP
   1001 Pennsylvania Ave., NW
9  Washington, DC 20004
   Telephone: (202) 624-2500
10 Facsimile:  (202) 628-5116
   Email:      kgardiner@crowell.com
11             adegramont@crowell.com

12 Attorneys for Plaintiff Bandag, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MJJ<br>Individual Case No. C 06-5700 MJJ |
| THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al.*<br>  *v. Chemtura Corporation, et al.* | **STIPULATION REGARDING EXPERT DISCOVERY [AND] ~~PROPOSED~~ ORDER** |

1    Plaintiff and Defendants (collectively, the "Parties") in *Bridgestone Americas Holding,
2 Inc., et al. v. Chemtura Corporation, et al.*, Individual Case No. C 06-5700 MJJ (the "Action"),
3 by and through their respective counsel, with regard to respective experts retained by them (both
4 testifying and non-testifying), seek to limit document discovery and HEREBY AGREE AND
5 STIPULATE THAT:

6    1.   Subject to the exception below, notwithstanding any provision of the Federal
7 Rules of Civil Procedure or local rules, no Party shall seek from any other Party document
8 discovery (both electronic and written) of: (a) communications or correspondence between any
9 Party's attorney(s) and expert(s) (both testifying and non-testifying), (b) experts' notes, or (c)
10 draft(s) of any expert's report(s).  The exception to this agreement is that, in the event that an
11 expert is relying on a fact or document provided to him or her by counsel in expressing his or her
12 opinions or in giving testimony, the fact or document upon which the expert is relying shall be
13 discoverable.

14    2.   Nothing herein shall otherwise modify or eliminate any requirements with respect
15 to experts contained in Federal Rule of Civil Procedure 26 or any other applicable local rule.

16    **IT IS SO STIPULATED.**

17 Dated: June __, 2007              **CROWELL & MORING LLP**

                                    _____
                                    R. Scott Feldmann
                                    Daniel A. Sasse
                                    Van-Dzung V. Nguyen
                                    3 Park Plaza, 20th Floor
                                    Irvine, CA  92614-8505
                                    Telephone:   (949) 263-8400
                                    Facsimile:    (949) 263-8414

                                    Kent A. Gardiner
                                    Alexandre de Gramont
                                    1001 Pennsylvania Avenue, NW
                                    Washington, DC  20004
                                    Telephone:   (202) 624-2500
                                    Facsimile:    (202) 628-5116

                                    Attorneys for Plaintiff Bandag, Incorporated

ADDITIONAL SIGNATURE PAGE TO STIPULATION REGARDING EXPERT DISCOVERY AND [PROPOSED] ORDER

Dated: June __, 2007               **O'MELVENY & MYERS LLP**

                                   _____
                                   Ian T. Simmons
                                   Matthew R. Cosgrove*
                                   Benjamin G. Bradshaw
                                   Nilam A. Sanghvi*
                                   Angela Thaler Wilks
                                   1625 Eye Street, NW
                                   Washington, DC 20006-4001
                                   Telephone: (202) 383-5300
                                   Facsimile: (202) 383-5414

                                   Attorneys for Defendants Chemtura Corporation (formerly known as Crompton Corporation) and Uniroyal Chemical Company, Inc.

                                   *Admitted in New York Only

Dated: June __, 2007               **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                                   _____
                                   Mark Hellerer
                                   Ranah Leila Esmaili
                                   1540 Broadway
                                   New York, NY 10036-4039
                                   Telephone:      (212) 858-1000
                                   Facsimile:      (212) 858-1500

                                   Attorney for Defendant James J. Conway

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

ADDITIONAL SIGNATURE PAGE TO STIPULATION REGARDING EXPERT DISCOVERY AND [PROPOSED] ORDER

Dated: June __, 2007              **ROPES & GRAY LLP**

_____
Jason Brown
Rachel J. Nash
45 Rockefeller Plaza
New York, NY 10111
Telephone:   (212) 841-5700
Facsimile:    (212) 841-5725

Attorneys for Defendant Michael J. Duchesne

Dated:  June __, 2007             **COOLEY GODWARD KRONISH LLP**

_____
William J. Schwartz
Jason M. Koral
1114 Avenue of the Americas
New York, NY  10036-7798
Telephone:   (212) 856-9600
Facsimile:    (212) 856-9494

Attorneys for Defendant Joseph B. Eisenberg

Dated:  June ___, 2007            **MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.**

_____
Barry A. Bohrer
E. Scott Schirick
565 Fifth Avenue
New York, NY  10017
Telephone:   (212) 856-9600
Facsimile:    (212) 856-9494

Attorneys for Defendant Peter D. Welch

1       **GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED, THAT**:

2       1.      Subject to the exception below, notwithstanding any provision of the Federal Rules of Civil Procedure or local rules, no Party shall seek from any other Party document discovery (both electronic and written) of: (a) communications or correspondence between any Party's attorney(s) and expert(s) (both testifying and non-testifying), (b) experts' notes, or (c) draft(s) of any expert's report(s).  The exception to this agreement is that, in the event that an expert is relying on a fact or document provided to him or her by counsel in expressing his or her opinions or in giving testimony, the fact or document upon which the expert is relying shall be discoverable.

        2.      Nothing herein shall otherwise modify or eliminate any requirements with respect to experts contained in Federal Rule of Civil Procedure 26 or any other applicable local rule.

        **IT IS SO ORDERED**.

Dated: _____7/13_____, 2007       BY: _____[signature]_____

                                             HONORABLE MARTIN J. JENKINS
                                             UNITED STATES DISTRICT COURT
                                             FOR THE NORTHERN DISTRICT OF
                                             CALIFORNIA