UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION, | No. C04-1648 MJJ (BZ) (Lead Case) |
| This Order relates to: **C06-5700 MJJ (BZ) BANDAG INC. v. CHEMTURA CORP., et al.** | **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

Having reviewed Chemtura's letter dated July 17, 2007 and Bandag's response, **IT IS HEREBY ORDERED** as follows:

1. By **noon** on **Friday, July 27, 2007**, Chemtura shall lodge with chambers a copy of the Rule 30(b)(6) deposition notice in dispute.

2. By **noon** on **Friday, July 27, 2007**, whoever has custody of the record of the meet and confer session between the parties with respect to this dispute shall lodge a copy of either the transcript or the recording with chambers.

3. A telephone conference to discuss the dispute is

1

scheduled for **Thursday, August 2, 2007 at 9:00 a.m.**, counsel for Chemtura shall get counsel for all interested parties on the line and call chambers at **415-522-409**3.

Dated: July 25, 2007

                                Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BANDAG.CHEMTURA.TELCONF.ORDER.wpd

2