UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION, | No. C04-1648 MJJ (BZ) (Lead Case) |
| This Order relates to: | **SCHEDULING ORDER** |
| **C06-5700 MJJ (BZ) BANDAG INC. v. CHEMTURA CORP., et al.** | |

On August 2, 2007, I held a telephonic conference regarding the discovery disputes outlined in defendant's July 16, 2007 letter. All interested parties were present through counsel. **IT IS ORDERED** as follows:

1. By **noon** on **Wednesday, August 8, 2007**, parties shall meet and confer on the record about a date for the deposition and review the topics in the manner done this morning.

2. If they are unsuccessful, Bandag is granted leave to file an appropriate motion for a protective order by **August 15, 2007.**

1

3.   Any opposition shall be filed by **August 29, 2007**.

4.   Any reply shall be filed by **September 5, 2007.**

5.   If necessary, a hearing on the motion shall be held on **September 19, 2007** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:   August 2, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BANDAG.CHEMTURA.scheduling.order.8.07.wpd

2