```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    MARK R. HELLERER (admitted pro hac vice)
 2  RANAH L. ESMAILI (233477)
    1540 Broadway
 3  New York, NY  10036-4039
    Telephone: (212) 858-1000
 4  Facsimile: (212) 858-1500

 5  PILLSBURY WINTHROP SHAW PITTMAN LLP
    JEFFREY S. ROSS (67345)
 6  50 Fremont Street
    San Francisco, California 94105-2228
 7  Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
 8

 9  Attorneys for Defendant
    JAMES J. CONWAY
10
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-0401648 (MJJ) |
| | Case No. C 06-5700 (MJJ) |
| THIS DOCUMENT RELATES TO: | |
| BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BANDAG INCORPORATED and PIRELLI TIRE, LLC, | **STIPULATION EXTENDING TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** |
| Plaintiffs, | |
| vs. | |
| CHEMTURA CORPORATION, UNIROYAL CHEMICAL COMPANY, INC., JAMES J. CONWAY, JOSEPH B. EISENBERG, MICHAEL J. DUCHESNE and PETER D. WELCH,, | |
| Defendants. | |

1  Whereas, on September 22, 2006, plaintiff Bandag, Incorporated ("Plaintiff") filed
2  its amended complaint adding defendants James J. Conway, Michael J. Duchesne, Joseph
3  B. Eisenberg and Peter D. Welch (collectively, "Individual Defendants");
4  Whereas, defendants Duchesne, Eisenberg and Welch moved to dismiss the
5  amended complaint on January 16, 2007, and defendant Conway moved to dismiss the
6  amended complaint on January 29, 2007;
7  Whereas, on August 15, 2007 this Court issued an order granting in part and
8  denying in part the Individual Defendants' motions to dismiss; and
9  Whereas, the last day for the Individual Defendants to respond to the amended
10 complaint is August 29, 2007.
11
12 NOW THEREFORE, Plaintiff and the Individual Defendants, by and through their
13 undersigned counsel, hereby stipulate and agree, that the time for Individual Defendants to
14 file and serve their responses to the amended complaint is adjourned up to and including
15 September 19, 2007.
16
17 Dated: August 29, 2007.    **CROWELL & MORING LLP**
18
19                              By _____
                                R. Scott Feldmann
20                              Daniel A. Sasse
                                Van-Dzung V. Nguyen
21                              3 Park Plaza, 20th Floor
                                Irvine, CA 92614-8505
22                              Telephone: (949) 263-8400
                                Facsimile: (949) 263-8414
23
                                Kent A. Gardiner
24                              Alexandre de Gramont
                                1001 Pennsylvania Avenue, NW
25                              Washington, DC 20004
                                Telephone: (202) 624-2500
26                              Facsimile: (202) 628-5116
27                              Attorneys for Plaintiff Bandag, Incorporated
28

500169264v1         - 2 -    STIPULATION EXTENDING TIME FOR IND. DEFS. TO
                             RESPOND TO AMENDED COMPLAINT
                             Case No. C-0401648 (MJJ)

| | | |
|---|---|---|
| 1 | Dated: August 29, 2007. | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | |
| 3 | | |
| 4 | | By_____<br>Mark R. Hellerer |
| 5 | | Ranah L. Esmaili<br>1540 Broadway |
| 6 | | New York, NY 10036-4039<br>Telephone: (212) 858-1000 |
| 7 | | Facsimile: (212) 858-1500 |
| 8 | | Attorneys for Defendant James J. Conway |
| 9 | | |
| 10 | Dated: August ___, 2007. | ROPES & GRAY LLP |
| 11 | | |
| 12 | | By_____<br>Jason Brown |
| 13 | | Rachel J. Nash<br>45 Rockefeller Plaza |
| 14 | | New York, NY 10111<br>Telephone: (212) 841-5700 |
| 15 | | Facsimile: (212) 841-5725 |
| 16 | | Attorneys for Defendant Michael J. Duchesne |
| 17 | | |
| 18 | | |
| 19 | Dated: August ___, 2007. | COOLEY GODWARD KRONISH LLP |
| 20 | | |
| 21 | | By_____<br>William J. Schwartz |
| 22 | | Jason M. Koral<br>1114 Avenue of the Americas |
| 23 | | New York, NY 10036-7798<br>Telephone: (212) 856-9600 |
| | | Facsimile: (212) 856-9494 |
| 24 | | |
| 25 | | Attorneys for Defendant Joseph B. Eisenberg |
| 26 | // | |
| 27 | // | |
| 28 | // | |

500169264v1      - 3 -      STIPULATION EXTENDING TIME FOR IND. DEFS. TO RESPOND TO AMENDED COMPLAINT<br>Case No. C-0401648 (MJJ)

| | | |
|---|---|---|
| 1 | Dated: August ___, 2007. | PILLSBURY WINTHROP SHAW PITTMAN LLP |

By_____
Mark R. Hellerer
Ranah L. Esmaili
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Attorneys for Defendant James J. Conway

Dated: August 3[?], 2007.                ROPES & GRAY LLP

By__/s/ Jason Brown_____
Jason Brown
Rachel J. Nash
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 841-5700
Facsimile: (212) 841-5725

Attorneys for Defendant Michael J. Duchesne

Dated: August ___, 2007.                COOLEY GODWARD KRONISH LLP

By_____
William J. Schwartz
Jason M. Koral
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 856-9600
Facsimile: (212) 856-9494

Attorneys for Defendant Joseph B. Eisenberg

//
//
//

| | | |
|---|---|---|
| 1 | Dated: August ___, 2007. | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | |
| 3 | | |
| 4 | | By_____ |
| 5 | | Mark R. Hellerer<br>Ranah L. Esmaili<br>1540 Broadway |
| 6 | | New York, NY 10036-4039<br>Telephone: (212) 858-1000 |
| 7 | | Facsimile: (212) 858-1500 |
| 8 | | Attorneys for Defendant James J. Conway |
| 9 | | |
| 10 | Dated: August ___, 2007. | ROPES & GRAY LLP |
| 11 | | |
| 12 | | By_____ |
| 13 | | Jason Brown<br>Rachel J. Nash |
| 14 | | 45 Rockefeller Plaza<br>New York, NY 10111 |
| 15 | | Telephone: (212) 841-5700<br>Facsimile: (212) 841-5725 |
| 16 | | Attorneys for Defendant Michael J. Duchesne |
| 17 | | |
| 18 | Dated: August ___, 2007. | COOLEY GODWARD KRONISH LLP |
| 19 | | |
| 20 | | |
| 21 | | By_____<br>William J. Schwartz |
| 22 | | Jason M. Koral<br>1114 Avenue of the Americas |
| 23 | | New York, NY 10036-7798<br>Telephone: (212) 856-9600 |
| 24 | | Facsimile: (212) 856-9494 |
| 25 | | Attorneys for Defendant Joseph B. Eisenberg |
| 26 | // | |
| 27 | // | |
| 28 | // | |

| | | |
|---|---|---|
| 1 | Dated: August 31, 2007. | MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By _____ |
| 5 | | Barry A. Bohrer<br>E. Scott Schirick |
| 6 | | 565 Fifth Avenue<br>New York, NY 10017 |
| 7 | | Telephone: (212) 856-9600<br>Facsimile: (212) 856-9494 |
| 8 | | Attorneys for Defendant Peter D. Welch |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

*[Signature]* Judge Martin J. Jenkins

Dated: 9/4/07