R. Scott Feldmann (State Bar No. 169230)
Daniel A. Sasse (State Bar No. 236234)
Van-Dzung V. Nguyen (State Bar No. 222832)
Chahira Solh (State Bar No. 248985)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:    (949) 263-8400
Facsimile:    (949) 263-8414
Email:        sfeldmann@crowell.com
              dsasse@crowell.com
              vnguyen@crowell.com
              csolh@crowell.com

Robert T. Rhoad (admitted *pro hac vice*)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:    (202) 624-2500
Facsimile:    (202) 628-5116

Attorneys for Plaintiff
Bandag, Incorporated
(now Bridgestone Bandag, LLC)

FILED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MJI<br>Individual Case No. C 06-5700 MJI |
| THIS DOCUMENT RELATES TO:<br>*Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.* | **STIPULATION OF DISMISSAL AS TO DEFENDANT JOSEPH B. EISENBERG**<br><br>+ ORDER |

1

1 **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for Plaintiff Bandag, Incorporated (now Bridgestone Bandag, LLC) and Defendant Joseph B. Eisenberg, that the above-captioned action is dismissed with prejudice as against Defendant Joseph B. Eisenberg, without fees and costs to any party.

Dated: March 12, 2008

CROWELL & MORING LLP

By: _____
R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Robert T. Rhoad (admitted *pro hac vice*)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:   (202) 624-2500
Facsimile:   (202) 628-5116

*Attorneys for Plaintiff Bandag, Incorporated (now Bridgestone Bandag, LLC)*

COOLEY GODWARD KRONISH LLP

By: _____
William Schwartz (admitted *pro hac vice*)
Jason M. Koral (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

*Attorneys for Defendant Joseph B. Eisenberg*

**IT IS SO ORDERED.**

Dated: 3/20, 2008         BY: _____
                              Honorable Martin J. Jenkins
                              United States District Court for the Northern
                              District of California

2
STIPULATION OF DISMISSAL AS TO DEFENDANT JOSEPH B. EISENBERG