E-filing

UNITED STATES DISTRICT COURT

Northern District of California

IN RE RUBBER CHEMICALS ANTITRUST LITIG.

THIS DOCUMENT RELATES TO:
Bridgestone Americas Holding, Inc. et al

Plaintiff(s),

v.

Chemtura Corporation, et al

Defendant(s).

MDL Docket No. C 04-1648 MJJ **mmc**
CASE NO. C 06-5700 MJJ **mmc**

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John P. Cooney, Jr. , an active member in good standing of the bar of New York, 2nd Cir., 5th Cir., S.D.N.Y., E.D.N.Y. whose business address and telephone number (particular court to which applicant is admitted) is

Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York, 10017, (212) 450-4000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Vincent Calarco

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 3 ˙ ˙˙˙8

~~United States Magistrate Judge~~
~~Bernard Zimmerman~~

**Maxine M. Chesney**
**United States District Judge**