UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>This Order relates to:<br><br>**C06-5700 MJJ (BZ)**<br>**BANDAG INC. v. CHEMTURA**<br>**CORP., et al.** | No. C04-1648 MMC (BZ)<br>(Lead Case)<br><br>**ORDER DENYING ADMINISTRATIVE**<br>**MOTIONS TO SEAL DEPOSITIONS** |

**IT IS HEREBY ORDERED** that Bandag's administrative motions to file under seal the depositions of Katherine Sudaz, Vincent Calarco, and Joseph Gatto are **DENIED**. No showing has been made as required by Local Rule 79-5 of what portions, if any, of these depositions contain confidential information in accordance with Rule 26(c). The parties' stipulation that they contain confidential information is not sufficient. To the extent that the court has reviewed these depositions, the court has not seen any information that is worthy of protection.

Dated: April 16, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BANDAG\ORDER DENY ADMIN MOT. TO SEAL DEPOS.wpd

1