| | |
|---|---|
| 1 | Daniel A. Sasse (State Bar No. 236234) |
|   | dsasse@crowell.com |
| 2 | Van V. Nguyen (State Bar No. 222832) |
|   | vnguyen@crowell.com |
| 3 | Chahira Solh (State Bar No. 248985) |
|   | csolh@crowell.com |
| 4 | CROWELL & MORING LLP |
|   | 3 Park Plaza, 20th Floor |
| 5 | Irvine, California  92614-8505 |
|   | Telephone:   (949) 263-8400 |
| 6 | Facsimile:    (949) 263-8414 |
| 7 | Attorneys for Plaintiff |
|   | Bandag, Incorporated |
| 8 | (now Bridgestone Bandag, LLC) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MMC<br>Individual Case No. C 06-5700 MMC |
| THIS DOCUMENT RELATES TO: | [~~PROPOSED~~] **FINAL AND NONAPPEALABLE JUDGMENT** |
| *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.* | Date:         September 25, 2009<br>Time:         9:00 a.m.<br>Ct. Room:  No. 7<br>                  Honorable Maxine M. Chesney |

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., and the Stipulation and Order to Submit to Arbitration, executed by this Court on September 23, 2008, the Award of Arbitration Panel is confirmed and judgment is now hereby entered in the above-captioned case in accordance with the Award of Arbitration Panel, dated on or about July 27, 2009, as set forth below:

The final and nonappealable judgment shall be, and hereby is, entered in favor of Plaintiff Bandag, Incorporated (now Bridgestone Bandag, LLC) and against Defendants Chemtura Corporation and Uniroyal Chemical Company, Inc. (now merged with Chemtura Corporation) in the amount of $14,352,139.16.  The Clerk of Court is directed to enter judgment accordingly.

DATED:  September 4    , 2009        BY: _____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Cam No. 101692.0000001
DC8665153.3